UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN VAN LEER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 1:22-cv-00462-JRS-MPB |
| | ) |
| CENTURION HEALTH OF INDIANA, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court has ordered that this action be **dismissed without prejudice**. The Court now enters **FINAL JUDGMENT**.

Date: 6/17/2022

_JAMES R. SWEENEY II, JUDGE_
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

KEVIN VAN LEER
912867
PENDLETON - CORRECTIONAL INDUSTRIAL FACILITY
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064